IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EUGENE WURTELE, et al., ) | |
| ) | 8:07CV340 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| CINCINNATI INSURANCE COMPANIES, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court *sua sponte.* On September 21, 2007, the court informed the parties by letter of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting. **See** Filing No. 7. No such report has been filed.

Accordingly,

**IT IS ORDERED:**

The parties shall report to the court in accordance with Fed. R. Civ. P. 26(f) **on or before November 9, 2007 or** show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f) and 37(g).

DATED this 1st day of November, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge